CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 14 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MARSHA LAMBERT MAINES, | Civil Action No. 3:16CV00075 |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| | Hon. Glen E. Conrad |
| COMMONWEALTH OF VIRGINIA, | Chief United States District Judge |
| Defendant. | |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The plaintiff's motion for leave to proceed in forma pauperis is **GRANTED**;

2. The plaintiff's motion to seal is **GRANTED**;

3. The plaintiff's complaint is **DISMISSED** without prejudice; and

2. This action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

DATED: This 14th day of October, 2016.

/s/ Glen E. Conrad
Chief United States District Judge